UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x

JOHN S. RUFFINO

                Plaintiff(s),

- against -

FIRST UNUM

                Defendant(s).

--------------------------------------------------------x

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5-26-09
```

08 Civ. 9665 (PKC)

REVISED CIVIL CASE
MANAGEMENT PLAN AND
SCHEDULING ORDER

    The Civil Case Management Plan and Scheduling Order is modified as follows:

1. The date in paragraph 5 thereof for the completion of all <u>fact</u> discovery is extended to __AUGUST 3__;

2. The date in paragraph 7 thereof for the completion of all <u>expert</u> discovery is extended to __SEPT 10__;

3. Other directions to the parties:

4. The next Case Management Conference [the ~~Final Pretrial Conference~~] will be held on __SEPT 25__ at __12:00__ ~~am~~/pm. Any conference ~~scheduled for a date prior thereto~~ is ~~adjourned~~. vacated. The JUNE 5

5. In all other respects the preexisting Civil Case Management Plan and Scheduling Order, except insofar as it may have been previously modified by Order of this Court, remain in full force and effect.

SO ORDERED.

_____
P. Kevin Castel
United States District Judge

Dated: New York, New York
5-26-09